JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MEYERS,<br><br>    Petitioner,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>    Respondent. | Case No. CV 20-4330-RSWL (PD)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 25, 2021

                                        **/S/ RONALD S.W. LEW**
                                        RONALD S.W. LEW
                                        UNITED STATES DISTRICT JUDGE